1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   FREDERIC F. GRANNIS  Bar No. 185119
2  fred.grannis@sdma.com
   JEFFREY H. IKEJIRI  Bar No. 245256
3  Jeffrey.Ikejiri@sdma.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
5  Facsimile: (213) 426-6921

6  Attorneys for Defendant
   MINE SAFETY APPLIANCES COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11

12  CASDEN BUILDERS INC., a              CASE NO. CV 10-2353 ODW (CWx)
    California corporation; and
13  CASDEN GLENDON LLC, a                Hon. Otis D. Wright II
    California limited liability company,
14
           Plaintiffs,                   **JUDGMENT FOLLOWING ORDER
15                                       GRANTING MINE SAFETY
       v.                                APPLIANCES CO.'S F.R.C.P.
16                                       12(b)(6) MOTION TO DISMISS
    ENTRE PRISES USA, INC., an           WITH PREJUDICE**
17  Oregon corporation; MINE
    SAFETY APPLIANCES CO., a
18  Pennsylvania corporation; and
    DOES 1 through 10, inclusive,
19
           Defendants.
20

21       On July 21, 2010, this Court granted Defendant Mine Safety Appliances

22  Co.'s ("MSA") Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss

23  Plaintiffs Casden Builders Inc. and Casden Glendon LLC's entire Complaint

24  against MSA and each claim for relief alleged therein against MSA.

25  / / /

26  / / /

27  / / /

28  / / /

LA/990032v1                          -1-                Case No. CV 10-2353 ODW (CWx)
                                                        JUDGMENT FOLLOWING ORDER

1  **IT IS THEREBY ORDERED, ADJUDGED AND DECREED** that the
2  Complaint of Plaintiffs Casden Builders Inc. and Casden Glendon LLC be
3  dismissed in its entirety, with prejudice, as to MSA, that Plaintiffs shall take
4  nothing from their Complaint, and that MSA shall be entitled to recover its costs.

6  DATED: August 31, 2010

   _____
8  Hon. Otis D. Wright II
9  UNITED STATES DISTRICT JUDGE