# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-02353 ODW (CW) | Date | December 20, 2010 |
|---|---|---|---|
| Title | *Casden Builders, Inc. and Casden Glendon, LLC v. Entre Prises USA, Inc. and Mine Safety Appliances Co.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR**

On July 23, 2010, Plaintiffs, Casden Builders, Inc. and Casden Glendon, LLC, filed a notice of settlement and stipulation to vacate Defendant, Entre Prises USA, Inc.'s, deadline to respond to the complaint. (Dkt. No. 28.) Accordingly and after two continuances, the Parties were scheduled for a hearing regarding the purported settlement agreement on December 20, 2010. The Parties have failed to appear. As such, Plaintiffs and Defendant are **ordered to show cause** in writing by January 3, 2011 why sanctions should not issue.

IT IS SO ORDERED.

: 00

Initials of Preparer   RGN